**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: PAMELA PAYTON MCNEIL**                                **CHAPTER 13**

**DEBTOR**                                                                            **CASE NO. 18-12976-JDW**

## ORDER SUSPENDING CHAPTER 13 PLAN PAYMENTS [Dkt. No. 45]

This matter came on for consideration of the Motion of the Debtor, Pamela Payton McNeil, requesting the issuance of an order suspending her plan payments for 1 (one) month, and no response or objections being filed by the deadline set by the Court, the Court finds that just cause exist for the entry of the following order:

IT IS, THEREFORE, ORDERED that Debtor's Chapter 13 Plan payment is suspended for the month of December, 2022.

IT IS FURTHER ORDERED that the post-petition mortgage payment arrears for December, 2022, shall be paid on an altered basis over the remaining term of the plan, as amended, with the regular maintenance payments to resume with the January, 2023 payment.

IT IS FURTHER ORDERED that money received by the Trustee, if any, from Debtor during the 1 (one) month suspension shall be refunded to the Debtor.

IT IS FURTHER ORDERED that the Trustee shall amend the Debtor's wage order as necessary to comply with this order.

IT IS FURTHER ORDERED that within 21 (twenty-one) days of the end of the suspension period the Debtor shall resume payments or file a motion seeking additional relief, failing which, the case may be dismissed.

#ENDOFORDER#

PREPARED BY:

ROBERT H. LOMENICK, JR., MSB 104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET
P.O. BOX 417
HOLLY SPRINGS, MS 39635
662-252-3224/karen.schneller@gmail.com
robert@northmbankruptcy.com
ATTORNEY FOR DEBTOR